IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20259
Conference Calendar
_____

EDWARD ROY NEWSOME,

                                        Plaintiff-Appellant,

versus

JOHN JOSEPH SUTTER, Attorney,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CV-4556
--------------------
August 20, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:*

     Edward Roy Newsome, Texas state prisoner #437698, appeals
the district court's dismissal of his complaint for lack of
subject matter jurisdiction.  In the complaint, Newsome alleged
claims of legal malpractice and breach of contract against an
attorney, John Joseph Sutter, retained by him to litigate a
personal injury claim.  Newsome does not challenge the district
court's determination that both he and Sutter were domiciled in

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the same state.  Because Newsome has established neither diversity of citizenship nor a federal claim, the district court did not err in dismissing the suit for lack of jurisdiction.  <u>See</u> 28 U.S.C. §§ 1331, 1332.

Newsome's motion entitled "Motion for Freedom of Information Act" is DENIED.

AFFIRMED; MOTION DENIED.